DOWNEY BRAND LLP
ELIZABETH B. STALLARD (Bar No. 221445)
estallard@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, California 95814
Telephone: 916.444.1000
Facsimile: 916.444.2100

Attorneys for Defendant
HUMBLE PROVISIONS, LLC dba CANON,
erroneously named "CANON EAST SACRAMENTO"

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| VALERIE BROOKS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CANON EAST SACRAMENTO, a California Company; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 2:20-cv-01947-JAM-DB<br><br>*Hon. John A. Mendez, Courtroom 6*<br><br>**STIPULATION TO SET ASIDE ENTRY OF DEFAULT AS TO DEFENDANT "CANON EAST SACRAMENTO"; ORDER** |

It is hereby stipulated between Plaintiff Valerie Brooks ("Plaintiff"), represented by Thiago Coelho of Wilshire Law Firm PLC, and Defendant HUMBLE PROVISIONS, LLC dba CANON (erroneously named "CANON EAST SACRAMENTO") ("Defendant"), represented by Elizabeth B. Stallard of Downey Brand LLP, that Plaintiff's Request for Entry of Default (Dkt. No. 6), and the Clerk's Entry of Default (Dkt. No. 7) be set aside and Defendant be allowed to file its responsive pleading.

/ / /

/ / /

/ / /

/ / /

1721073

STIPULATION TO SET ASIDE ENTRY OF DEFAULT; ORDER

1  The Parties have further agreed that 10 days is a reasonable and sufficient time within which to file Defendant's responsive pleading, and that Defendant will therefore file its responsive pleading on or before May 10, 2021.

DATED: April 30, 2021          DOWNEY BRAND LLP

By: /s/ *Elizabeth B. Stallard*
ELIZABETH B. STALLARD
Attorney for Defendant
HUMBLE PROVISIONS, LLC dba CANON, erroneously named "CANON EAST SACRAMENTO"

Plaintiff consents to an Order setting aside the default.

DATED: April 30, 2021          WILSHIRE LAW FIRM PLC

By: /s/ *Thiago Coelho* [as authorized on 4/30/2021]
THIAGO COELHO
Attorney for Plaintiff
VALERIE BROOKS

## **ORDER**

Good cause appearing, the default entered against Defendant HUMBLE PROVISIONS, LLC dba CANON (erroneously named "CANON EAST SACRAMENTO") is set aside. Defendant will file its response to the Complaint on or before May 10, 2021.

DATED: April 30, 2021          /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE