**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE BROOKS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CANON EAST SACRAMENTO, a California company; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-01947-JAM-DB<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE A MOTION TO STRIKE AFFIRMATIVE DEFENSES**<br><br>**[L.R. 144 (A)]** |

As a result of the Parties' Stipulation and good cause appearing therefor, the Court hereby GRANTS the Parties' Stipulation and ORDERS that Plaintiff Valerie Brooks shall have an extension of twenty-one (21) days, to June 22, 2021, in which to file a Motion to Strike Affirmative Defenses.

**IT IS SO ORDERED**

DATED:  June 1, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE