**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Valerie Brooks, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>   v.<br><br>CANON EAST SACRAMENTO., a California limited liability company; and DOES 1 to 10, inclusive,<br><br>                Defendants. | Case No.: 2:20-cv-01947-JAM-DB<br><br>**ORDER APPROVING STIPULATION FOR AN EXTENSION OF TIME FOR PARTIES TO FILE JOINT MOTION TO DISMISS**<br><br><br>Complaint filed: September 29, 2020 |

///
///
///
///
///
///
///
///

Good cause appearing therefore, the joint motion of the Parties to extend the time to file a Joint Motion to Dismiss is hereby approved and adopted as an Order of the Court. The Parties shall have until August 23, 2021, to file their dispositive documents.

**IT IS SO ORDERED.**

Dated:  July 27, 2021                                  /s/ John A. Mendez
                                                                      THE HONORABLE JOHN A. MENDEZ
                                                                      UNITED STATES DISTRICT COURT JUDGE