# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE BROOKS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CANON EAST SACRAMENTO, a California Company; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-01947-JAM-DB<br><br>**ORDER GRANTING JOINT STIPULATED REQUEST FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**<br><br><br>Complaint filed:   September 29, 2020 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Upon due consideration, good cause appearing, the Court DISMISSES this action with prejudice as to Plaintiff's claims and without prejudice as to the claims of the purported class. Each party shall bear its own costs, experts' fees, attorneys' fees, and attorneys' expense. The Clerk of Court is instructed to terminate all pending motions and deadlines and close the case.

**IT IS SO ORDERED.**

DATED: April 7, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

1
ORDER GRANTING VOLUNTARY DISMISSAL WITHOUT PREJUDICE,
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)
CASE NO. 2:20-cv-01947-JAM-DB